McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-MJ-00089-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY |
| v. | ) | HEARING DATE |
| | ) | |
| JONATHAN DARLING, | ) | |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter is set for Preliminary Hearing on November 7, 2018.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 25, 2019, at 2:00 p.m.

3. The defendant made his initial appearance on May 16, 2018, and the preliminary hearing was set for May 30, 2018. At the request of the parties, the preliminary hearing has been continued three times. This stipulation is the fourth request to continue the preliminary hearing.

4. The defendant is presently in custody pending trial in this matter.

5. The parties have discussed potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

6. Further, counsel for the defendant wants to explore medical examination of the defendant that may bear on the potential charges in this case.

   a. On July 6, 2018, the parties conferred regarding the defense investigation into the medical examination. Defense counsel informed the United States that defense counsel needs further time for the defendant to receive a medical evaluation.

   b. On September 12, 2018, the parties conferred regarding the status of the medical examination. Counsel for the defendant relayed to the United States that counsel is still in the process of gathering necessary medical records and obtaining a doctor to conduct neurological and psychological examinations.

   c. On October 22, 2018, the parties conferred regarding the status of the medical examination. Counsel for the defendant conveyed that she has gathered all of the necessary medical records and has requested funding for a neuropsychological examination. Counsel for the defendant advised that the examination and review of records will likely not be completed until January 2019.

7. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including January 25, 2019, pursuant

to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: October 22, 2018          /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: October 22, 2018          /s/ Jennifer Mouzis
JENNIFER MOUZIS
Attorney for Jonathan Darling
(as authorized on October 22, 2018)


## **ORDER**

IT IS SO FOUND AND ORDERED, this 22nd day of October, 2018.



Hon. EDMUND F. BRENNAN
United States Magistrate Judge